```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
MARLENE BOSSOUS,                     :
                    Plaintiff,       :
                                     :      11 Civ. 6035 (DLC)
         -v-                         :
                                     :      ORDER OF DISMISSAL
UNITED STATES OF AMERICA,            :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

Plaintiff brings this pro se Motion to Vacate, Set Aside or Correct Sentence, under 28 U.S.C. § 2255, challenging the judgment in United States v. Bossous, No. 09 Cr. 978 (DLC) (S.D.N.Y. Sept. 1, 2010). She also moves for discovery and appointment of counsel. Plaintiff has an identical § 2255 Motion pending before the Court. See Bossous v. United States, No. 11 Civ. 5303 (DLC). Accordingly, it is hereby

ORDERED that the plaintiff's motion is dismissed without prejudice as duplicative of Bossous v. United States, No. 11 Civ. 5303 (DLC). The Clerk of Court is directed to close all outstanding motions in this action, and to close this action.

IT IS FURTHER ORDERED that as this motion makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED:

Dated:      New York, New York
            October 14, 2011

                                    _____
                                         DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Marlene Bossous
6277-054
FPC-Alderson
Glen Ray Road Box-A
Alderson, VA 24910